# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHIGAN URGENT &
PRIMARY CARE PHYSICIANS, PC,

        Plaintiff,               Case No. 19-cv-10273
                                       Hon. Matthew F. Leitman

v.

BIG MESSAGES, LLC,
and JOHN DOES 1-10,

        Defendants.

_____/

## STIPULATED ORDER OF DISMISSAL

Plaintiff Michigan Urgent & Primary Care Physicians, P.C., and Defendant Big Messages, LLC ("Defendant") by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff Michigan Urgent & Primary Care Physicians, P.C.'s individual claims against Defendant with prejudice and without costs. Plaintiff's class claims against Defendant are dismissed without prejudice and without costs. Plaintiff's claims against John Does 1-10 are dismissed without prejudice and without costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

| | |
|---|---|
| */s/ Adam G. Taub* | */s/ Lisa T. Milton* (with permission) |
| ADAM G. TAUB (P48703) | LISA T. MILTON (P38129) |
| Consumer Law Group, PLC | Bowen, Radabaugh & Milton, P.C. |
| 17200 W/ 10 Mile Road, Suite 200 | 4967 Crooks Road, Suite 150 |
| Southfield, MI 48075 | Troy, MI 48098 |
| P: (248) 746-3790 | P: (248) 641-8000 |
| F: (248) 746-3793 | F: (248) 641-8219 |
| Email: adamgtaub@clgplc.net | Email: LTMilton@brmattorneys.com |
| | *Attorney for Big Messages, LLC* |

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Email: dedelman@edcombs.com
*Attorneys for Plaintiff Michigan Urgent*
*& Primary Care Physicians, PC*

January 7, 2020

IT IS HEREBY ORDERED that Plaintiff's individual claims are dismissed with prejudice and without costs or attorney fees to any party, and Plaintiff's putative class claims are dismissed without prejudice and without costs or attorney fees to any party.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 9, 2020